**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RASHETA BUNTING,

                    Plaintiff,         Case No.   1:25-cv-86-PKC-RML

      - against -

THE TJX COMPANIES, INC.,

                   Defendants.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against The TJX Companies, Inc.

Dated:  Scarsdale, New York
        April 3, 2025

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By:  */s/Dan Shaked*
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com